IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL HOWARD a/k/a ALONZO WHITEHEAD,     * | |
| * | |
| Plaintiff, * | Case No.  5:13-cv-404(MTT) |
| v.                                                              * | |
| Officer, BRADDY, et al.,                           * | |
| Defendants.                    * | |

### **PARTIAL FINAL JUDGMENT**

Pursuant to this Court's Orders dated September 30, 2013 and October 11, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case as to Defendants State of Georgia and Georgia Department of Corrections.. Plaintiff shall recover nothing of these Defendants.

This 15th day of October, 2013.

Gregory J. Leonard, Clerk

s/ Cheryl M. Alston, Deputy Clerk