IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL HOWARD a/k/a ALONZO WHITEHEAD,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>OFFICER BRADDY, *et al.*,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO. 5:12-CV-404 (MTT) |

### ORDER

Before the Court is the Order and Recommendation of Magistrate Judge Stephen Hyles. (Doc. 31). The Magistrate Judge recommends the Plaintiff's complaint be dismissed for abuse of judicial process based on false responses the Plaintiff made to certain questions on his civil action complaint form.

The Plaintiff filed an objection to the Recommendation. (Doc. 34). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Recommendation is **ADOPTED** and made the **ORDER** of this Court. The action is dismissed.

**SO ORDERED,** this 6th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT